1  MENCHACA & COMPANY LLP
   835 Wilshire Boulevard, Suite 300
2  Los Angeles, California 90017
   Telephone:  (213) 683-3317
3  Facsimile:   (213) 683-1883

4  Proposed Accountant for the Bankruptcy Estate of Craig M. Lytle

5

6              **UNITED STATES BANKRUPTCY COURT**

7       **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

8

9  In re:                                    )
                                             )
10                                           )  Case No. 2:08-bk-19623 ER
   LYTLE, CRAIG M.                           )
11                                           )  Chapter 7
                                             )
12                                           )  **NOTICE OF TRUSTEE'S**
                                             )  **APPLICATION TO EMPLOY**
13            Debtor(s).                     )  **ACCOUNTANT**
                                             )
14                                           )
                                             )
15                                           )  DATE:   None Required
                                             )  TIME:   None Required
16                                           )  PLACE:  None Required
                                             )
17                                           )
                                             )
18                                           )
                                             )
19                                           )

20     **TO   THE   HONORABLE   ERNEST   M.   ROBLES,   UNITED   STATES**

21  **BANKRUPTCY JUDGE, AND OTHER INTERESTED PARTIES:**

22        PLEASE TAKE NOTICE that Helen R. Frazer, the duly appointed Chapter 7 Trustee (the

23  "Trustee" or "Applicant"), will file an application to employ accountants (the "Application")

24  with the United States Bankruptcy Court.

25        The applicant requests the employment of MENCHACA & COMPANY LLP, Certified

26  Public Accountants & Business Consultants (the "Company" or "MCO"), effective as of

27  February 5, 2010 to render accounting services to the estate, to prepare necessary federal and

28  state income tax returns, to resolve tax issues that may arise, and to provide other accounting

1   services as may be required by the Trustee for the benefit of the bankruptcy estate of Craig M.

2   Lytle (hereinafter the "Debtor").

3       MCO has not received a retainer nor will it receive a lien or interest in property of the

4   Debtor(s) or third parties with respect to its representation.   Attached is a copy of MCO's

5   personnel rates setting forth the hourly rate for each professional.  No compensation will be paid

6   by Trustee to MCO except upon application to and approval by the Bankruptcy Court after notice

7   and a hearing pursuant to §330 of the Bankruptcy Code.

8       PLEASE TAKE FURTHER NOTICE that pursuant to Loc. Bankr.  R. 2014-1(b)(2), any

9   response and request for hearing on the Application must be in the form required by Local

10  Bankruptcy Rule 9013-1(f)(1), filed with the Clerk of the United States Bankruptcy Court,

11  located at 300 North Los Angeles, Street, Los Angeles, California 90012 ("Clerk's Office"), and

12  served upon the Trustee's proposed accountant, whose address appears in the upper left hand

13  corner of the first page of this  Notice, not later that fifteen (15) days from the date of service of

14  this Notice. The Trustee will set a hearing date and send out notice thereto if any such response is

15  timely received. No hearing will be held if no response and request for hearing is received.

16      You may obtain a copy of the Trustee's Application by making a written request to his

17  proposed accountant whose address and telephone number appears in the upper left hand corner

18  of the first page of this Notice.  You may obtain copies of all pleadings on the Debtors' chapter 7

19  case from the Clerk's office.

20

21  Dated: February  //  , 2010

22                                                        _____
                                                          John J. Menchaca
23                                                        MENCHACA & COMPANY LLP
                                                          Proposed Accountant for Helen R. Frazer
24                                                        Chapter 7 Trustee

25

26

27

28

MENCHACA & COMPANY LLP
835 Wilshire Blvd.
Suite 300
Los Angeles, CA 90017

2

# Exhibit 1

# SUMMARY OF STAFF AND BILLING RATES

## FROM SEPTEMBER 28, 2009 THROUGH CURRENT

TYPICAL ITEMS OF EXPENSE

Travel costs, including local parking and mileage – as incurred

Copy costs - .20 cents each – as incurred

Extraordinary mailing costs (over $1.00 per item) – as incurred

Overnight courier service fees – as incurred

Direct telephone charges – as incurred

Direct telex, telefax and similar charges, .10 cents a page plus telephone charges – as incurred

Printing – as incurred

Filing fees – as incurred

PERSONNEL RATES

| Staff | Reference | Position | Rate |
|-------|-----------|----------|------|
| John J. Menchaca | JJM | Managing Partner | 440 |
| Stephen J. Baumgartner | SJB | Senior Manager | 400 |
| Toshihiro A. Okubo | TAO | Manager | 270 |
| Robert P. Coats | RPC | Senior | 200 |
| Faaesea Mailo | FM | Senior | 180 |
| Scott M. McLean | SMM | Staff | 150 |
| Imelda Gaeta | IG | Paraprofessional | 150 |

Note:  Staff time may be billed at less than standard rates depending upon the nature of the work being performed.

EXHIBIT ___I___ PAGE __3__

| | |
|---|---|
| In re: LYTLE, CRAIG M. | CHAPTER 7 |
| Debtor(s). | CASE NUMBER 2:08-bk-19623 ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
835 WILSHIRE BOULEVARD SUITE 300, LOS ANGELES, CA 90017.

The foregoing document described  **NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY ACCOUNTANT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 16, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On February 16, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒  Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 16, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 16, 2010 | Scott McLean | _Seott McLean_ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                              *4*                              **F 9013-3.1**

| | | |
|---|---|---|
| In re: LYTLE, CRAIG M. | | CHAPTER 7 |
| | Debtor(s). | CASE NUMBER 2:08-bk-19623 ER |

## SERVED BY ELECTRONIC MAIL

- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Helen R. Frazer    hfrazer@aalrr.com, mbuenaventura@aalrr.com;hfrazer@ecf.epiqsystems.com
- Bonnie M Holcomb    bonnie.holcomb@doj.ca.gov
- Dare Law    dare.law@usdoj.gov
- Patrick K McClellan    pkellymc@pacbell.net
- Kathryn A Meyer    kathryn.a.meyer@irscounsel.treas.gov


## SERVED BY REGULAR MAIL

**Judge Ernest M. Robles -Suite 1560**

US Bankruptcy Court-LA
Roybal Federal Building
255 E. Temple Street
Los Angeles, CA. 90012-33332

Craig M. Lytle
2316 Artesia Blvd., #F
Redondo Beach, CA 90278

Helen R. Frazer
12800 Center Court Drive, Suite 300
Cerritos, CA 90703

Patrick K. McClellan
2600 Michelson Dr. #700
Irvine, CA 92612

US Trustee
725 S. Figueroa St., 26th Floor
Los Angeles, CA. 90017

Dare Law
725 S. Figueroa St. 26th Fl
Los Angeles, CA 90017

Craig M. Lytle Def Ben Pens Plan
2316 Artesia Blvd., #F
Redondo Beach, CA 90278

Franchise Tax Board
PO Box 2952
Sacramento, CA 95812

EDD
800 Capitol Mall
Sacramento, CA 95814

IRS- Special Procedures Sta
24000 Avila Road
Laguna Niguel, CA 92877

Tiel Park
17039 Casmir Ave
Torrance, CA 90501

LA County Tax Collector
Terminal Annex
Los Angeles, CA 90054

Michael Tran
2316 Artesia #F
Redondo Beach, CA 90278

Michael O' Grady
1207 Hauser Blvd
Los Angeles, CA 90019

Park Water Company
9750 Washburn Road
Downey, CA 90241

State Compensation Insurance
PO Box 9102
Pleasanton, CA 94566-9102

Nazarian Investment
PO Box 4081
Torrance, CA 90510

Soon Ja Park
17039 Casmir Ave
Torrance, CA 90501

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                    5                                    **F 9013-3.1**

| In re: LYTLE, CRAIG M. | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2:08-bk-19623 ER |

Signal Attorney Service
PO Box 91985
Long Beach, CA 90909

Walter Steinman
PO Box 615
Newcastle, CA 92702

Verizon
PO Box 96400
Mission Hills, CA 91346

Anita Lytle
1006 Slauson Lane
Redondo Beach, CA 90278

Carl Smith Ball LLP
PO Box 656
Nonolulu, HA 96809

John Jordan
PO Box 3807
Glendale, CA 91221

San Fernando Valley Bar Assn
21250 Califa Street #113
Woodland Hills, CA 91307

**Special Request**
LA County Treasurer and Tax
Collector Revenue Enforcement
PO Box 54110
Los Angeles, CA. 90054-0110

Ultra Imaging Solutions
4018 W. Chandler Ave., #A
Santa Ana, CA 92704

DMV Renewal
PO Box 942894
Sacramento, CA 94294

Farmers Insurance Exchange
PO Box 25022
Santa Ana, CA 92799

Mikes Auto
1086 Aviation
HermosaBeach, CA 90254

Geoffrey G. Melkonian
Papazian & Melkonian
15260 Ventura Blvd., Ste. 1740
Sherman Oaks, CA 91403

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                      6                                      **F 9013-3.1**