| ATTORNEY OR PARTY NAME, ADDRESS, TELEPHONE & FAX NUMBERS, AND CALIFORNIA STATE BAR NUMBER | FOR COURT USE ONLY |
|---|---|
| Menchaca & Company LLP<br>835 Wilshire Blvd., Suite 300<br>Los Angeles, CA 90017<br>Telephone: (213) 683-3317        Facsimile: (213) 683-1883<br><br>*Proposed Accountant for Chapter 7 Trustee Helen R. Frazer* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>LYTLE, CRAIG M.<br><br>                              Debtor(s). | CHAPTER **7** <br><br>CASE NUMBER **2:08-bk-19623 ER**<br><br>(NO HEARING REQUIRED) |
|---|---|

## DECLARATION RE: ENTRY OF ORDER WITHOUT HEARING
## PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1(o)

1. I am the ☒ Movant    ☐ Movant's Attorney    in this matter and hereby declare as follows:

2. On February 16, 2010, Movant filed a motion entitled *(specify)*:    TRUSTEE'S APPLICATION TO EMPLOY ACCOUNTANT; DECLARATION OF JOHN J. MENCHACA

3. A copy of the motion and notice of motion is attached hereto.

4. Pursuant to Local Bankruptcy Rule 9013-1(o), the motion was served by mail on February 16, 2010, together with a notice stating that any party objecting to the motion has 15 days within which to file and serve any written objection and request a hearing on the above motion.

5. More than 15 days have passed since the service of the notice of motion.

6. No objection has been timely served on Movant at the address specified in the notice.  Therefore, no hearing is required.

7. The proposed Order is submitted herewith.  *(Submit original and appropriate copies of Order with envelopes and Notice of Entry).*

WHEREFORE, Movant requests that the Order granting the relief requested in the motion be signed and entered forthwith.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at Los Angeles, California.

Dated: March _____ 8 _____, 2010

JOHN J. MENCHACA
*Type Name of Declarant*

_____
*Signature of Declarant*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

Rev. 1/01                                                                                                    F 9013-1.9

1  Helen Ryan Frazer
   12800 Center Court Drive Suite 300
2  Cerritos, CA 90703
   Telephone:  (562) 653-3200
3  Facsimile:  (562) 653-3333

4  Chapter 7 Trustee for Craig M. Lytle

5

6

7

8              **UNITED STATES BANKRUPTCY COURT**

9       **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

10

11  In re:                                )
                                          )
12                                        )   Case No. 2:08-bk-19623 ER
    LYTLE, CRAIG M.                       )
13                                        )   Chapter 7
                          Debtor(s).      )
14                                        )   **TRUSTEE'S APPLICATION TO**
                                          )   **EMPLOY ACCOUNTANT;**
15                                        )   **DECLARATION OF JOHN  J.**
                                          )   **MENCHACA**
16                                        )
                                          )   [Local Rule 2014-1 (b)(1)]
17                                        )
                                          )
18                                        )   DATE:   None Required
                                          )   TIME:   None Required
19                                        )   PLACE:  None Required
                                          )
20                                        )

21      **TO  THE  HONORABLE  ERNEST  M.  ROBLES,  UNITED  STATES**

22  **BANKRUPTCY JUDGE, AND OTHER INTERESTED PARTIES:**

23      Helen R. Frazer (hereinafter "Applicant") applies to the above-captioned court for an

24  order authorizing the employment of MENCHACA & COMPANY LLP, Certified Public

25  Accountants & Business Consultants (hereinafter "MCO" or "Menchaca"), to render accounting

26  services to the bankruptcy estate of Craig M. Lytle effective February 5, 2010 and respectfully

27  represents:

28  / / /

MENCHACA & COMPANY LLP
835 Wilshire Blvd.
Suite 300
Los Angeles, CA 90017

PAGE  2

1.    Applicant, pursuant to 11 U.S.C. Section 701, is the duly appointed, qualified and acting Trustee in the above-captioned bankruptcy proceeding.

2.    In order to faithfully discharge his duties, the Applicant requires the assistance and expertise of an accountant capable of rendering accounting services to the estate.

3.    The Notice of the Application to Employ Accountant was served on the creditors of the estate on February 16, 2009. A copy of the notice is attached hereto as Exhibit "A", and incorporated herein by this reference.

4.    Applicant has discussed with MENCHACA & COMPANY LLP, Certified Public Accountants and Business Consultants, its availability to render accounting services to the estate, and its proposed employment by the Trustee. Menchaca has agreed to render services to the estate on the terms and conditions set forth in this Application.

5.    Upon preliminary review Menchaca believes this engagement will entail providing accounting services to the estate, to prepare necessary federal and state tax returns, resolve any tax issues that may arise, and providing other accounting services as may be required by the Trustee to the benefit of the estate.

6.    Menchaca will analyze the proceeds received by the bankruptcy estate from the collection of accounts receivable. Such analysis will also require Menchaca to ascertain the fees and expenses incurred with obtaining proceeds. In addition, Menchaca will request prior year tax returns filed by the Debtor to analyze any carryover amounts that may benefit the estate. Menchaca will also apply any carryovers that may be deductible and allowed under Internal Revenue Code. These services entail sufficient complexities of accounting and tax issues, to warrant the employment of Menchaca pursuant to this Employment Application in lieu of utilizing the procedure set forth in Local Bankruptcy Rule 2016-2(d).

7.    A schedule of Menchaca's hourly rates and resume is attached hereto as Exhibit "B" and incorporated herein by reference. Applicant is informed and believes that Menchaca's hourly rates are reasonable in light of current hourly rates charged by other accountants.

8.    Menchaca understands and agrees to accept employment on grounds that its fees may be awarded only by application and approval by this Court after notice and a hearing.

MENCHACA & COMPANY LLP
835 Wilshire Blvd.
Suite 300
Los Angeles, CA 90017

2

PAGE 3

1    9.    Menchaca is familiar with the Bankruptcy Code, the Bankruptcy rules, the Local

2    Bankruptcy Rules and the Guidelines of the United States Trustee, and will comply with them.

3    10.    Menchaca has not received nor was paid a retainer from the Debtor(s), the estate,

4    a principal of the estate, or any third party.  Menchaca may only be compensated as approved by

5    this Court upon written notice to creditors.

6    11.    The court has power to authorize employment of Menchaca pursuant to 11 U.S.C.

7    section 327 (a); which states, in pertinent part:

8
> [T]he trustee, with the court's approval, may employ one or more .
9
> . . accountants . . . or other professional persons, that do not hold or
> represent interest adverse to the estate, and that are disinterested
10
> persons, to represent or assist the trustee in carrying the trustee's
> duties under this title.
11

12    12.    Applicant has attempted to determine whether Menchaca has an interest adverse

13    to that of the estate with regard to the matters upon which it is to engage.  Attached hereto and

14    made part hereof is the declaration of John J. Menchaca, which supports Applicant's conclusion

15    that no such adverse interest exists and that Menchaca is a "disinterested person" as that term is

16    defined in the Bankruptcy Code.

17    13.    Menchaca does not have a pre-petition claim against the Debtor(s).  Further, does

18    not have any connections with the Debtor(s), any insider information of the Debtor(s), or any

19    related entities of the Debtor(s) or principals of the Debtor(s).

20    WHEREFORE, Applicant respectfully requests that she be authorized to employ

21    MENCHACA & COMPANY LLP, Certified Public Accountants & Business Consultants as his

22    accountant to render services as described in the foregoing Application, effective as of February

23    5, 2010, with compensation to be paid as an administrative expense in such amounts as this

24    Court may hereinafter determine and allow.

25

26    DATED  2/12/10

27    Helen R. Frazer
Chapter 7 Trustee

28

# DECLARATION OF JOHN J. MENCHACA

I, John J. Menchaca hereby declare:

1.    I am a Certified Public Accountant duly licensed under the laws of the State of California. I am experienced in rendering accounting services to bankruptcy trustees. I make this declaration of my own personal knowledge and I am competent to testify, and would so testify if called as witness, to all of the matters set forth herein.

2.    Those professionals employed by Menchaca, who will handle this matter are familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules and shall comply with them.

3.    Menchaca understands and agrees to accept employment on grounds that its fees may be awarded only by application to and approval by this Court after notice and a hearing.

4.    I have made diligent inquiry into this matter and after such inquiry I have determined that neither MENCHACA & COMPANY LLP, Certified Public Accountants & Business Consultants (hereinafter "Menchaca") nor any of its members or associates have any connection with the above-captioned Debtor(s), their creditors, or any other party-in-interest in this case or the Debtor's/s/s' attorneys or accountants.

5.    Neither I, nor any employee of Menchaca has any interest adverse to the estate, the Trustee or the Debtor(s) in any matter related to this case.

6.    I have also made inquiry and have determined that Menchaca, its associates and employees are considered "disinterested persons" as that term is contemplated under the Bankruptcy Code, and accordingly is qualified to act in the capacity as Certified Public Accountants for the Trustee in this case.

7.    No professional at Menchaca has been employed or connected with any other party-in-interest related to the within matter, except as set forth in this Application.

8.    No employee of Menchaca represents any interest adverse to that of the Trustee or of the estate in matters on which it is to be retained, and its accountants are

MENCHACA & COMPANY LLP
835 Wilshire Blvd.
Suite 300
Los Angeles, CA 90017

4

PAGE 5

1   "disinterested persons" as defined in Section 101 of the Bankruptcy Code.

2        9.    Menchaca does not have any written agreement concerning the terms of

3   employment and/or compensation between applicant and professional.

4        10.   The source of payment to Menchaca will come from the assets of the

5   estate.

6        11.   Menchaca has not received nor is it seeking a retainer of advance fee

7   payment in this case.  In addition, Menchaca has not received nor will receive any lien or other

8   interest in property of the Debtor(s) or of a third party to secure payment of its professional's

9   fees.

10        12.   Menchaca does not have any pre-petition claim against the estate.

11        13.   Menchaca does not have and has not had any connection with any insider

12   of the Debtor(s).

13        14.   Menchaca has not represented, is not representing nor does it intend to

14   represent any related Debtor(s) in a bankruptcy case in this court or any other court.

15        15.   The following is a complete description of all the Menchaca's connection

16   with the Debtor(s), principals of the Debtor(s), insiders, the Debtor's/s' creditors, any other

17   parties in interest, and their respective attorneys and accountants or any person employed in the

18   office of the United States Trustee. **None.**

19        16.   Menchaca is not a creditor, an equity security holder or an insider of the

20   Debtor(s).

21        17.   Menchaca is not and was not an investment broker for any outstanding

22   security of the Debtor(s).

23        18.   Menchaca has not been within three (3) years before the date of the filing

24   of the petition herein, an investment banker for a security of the Debtor(s), or a certified public

25   accountant for such an investment banker in connection with the offer, sale or insurance of any

26   security of the Debtor(s).

27        19.   Menchaca is not and was not, within two (2) years before the date of the

28   filing of the petition herein, a director, officer or employee of the Debtor(s) or of any investment

MENCHACA & COMPANY LLP
835 Wilshire Blvd.
Suite 300
Los Angeles, CA 90017

5

PAGE 6

1  banker for any security of the Debtor(s).

2      20.    Menchaca neither holds nor represents any interest materially adverse to

3  the interest of the estate or of any class of creditors or equity security holders, by reason of any

4  direct or indirect relationship to, connection with, or interest in, the Debtor(s) or an investment

5  banker for any security of the Debtor(s), or for any other reason.

6      21.    Menchaca is not a relative or employee of the United States Trustee or a

7  Bankruptcy Judge.

8      22.    Menchaca represents Helen R. Frazer, Trustee solely in her capacity as a

9  trustee in various other cases.  Helen R. Frazer represents John J. Menchaca solely in his capacity

10  as Trustee in various cases.

11      23.    Upon preliminary review Menchaca believes this engagement will entail

12  providing accounting services to the estate, to prepare necessary federal and state tax returns,

13  resolve any tax issues that may arise, and providing other accounting services as may be required

14  by the Trustee to the benefit of the estate.

15      24.    Menchaca will analyze the proceeds received by the bankruptcy estate

16  from the collection of accounts receivable.  Such analysis will also require Menchaca to ascertain

17  the fees and expenses incurred with obtaining proceeds.  In addition, Menchaca will request

18  prior year tax returns filed by the Debtor to analyze any carryover amounts that may benefit the

19  estate.  Menchaca will also apply any carryovers that may be deductible and allowed under

20  Internal Revenue Code. These services entail sufficient complexities of accounting and tax

21  issues, to warrant the employment of Menchaca pursuant to this Employment Application in lieu

22  of utilizing the procedure set forth in Local Bankruptcy Rule 2016-2(d).

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

MENCHACA & COMPANY LLP
835 Wilshire Blvd.
Suite 300
Los Angeles, CA 90017

6

PAGE __7__

1    I declare under penalty of perjury under the laws of the United States that the foregoing is

2  true and correct.  Executed this _____11th_____ day of February, 2010 at Los Angeles, California.

3

4

5    _____

6    John J. Menchaca
     MENCHACA & COMPANY LLP

7    Proposed Accountant for
     Helen R. Frazer, Chapter 7 Trustee

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MENCHACA & COMPANY LLP
835 Wilshire Blvd.
Suite 300
Los Angeles, CA 90017

7

PAGE _8_

**EXHIBIT "A"**

1  MENCHACA & COMPANY LLP
   835 Wilshire Boulevard, Suite 300
2  Los Angeles, California 90017
   Telephone: (213) 683-3317
3  Facsimile: (213) 683-1883

4  Proposed Accountant for the Bankruptcy Estate of Craig M. Lytle

5

6                    UNITED STATES BANKRUPTCY COURT

7           CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

8

9   In re:                                    )
                                              )
10                                            )   Case No. 2:08-bk-19623 ER
    LYTLE, CRAIG M.                           )
11                                            )   Chapter 7
                                              )
12                                            )   **NOTICE OF TRUSTEE'S**
                                              )   **APPLICATION TO EMPLOY**
13                   Debtor(s).               )   **ACCOUNTANT**
                                              )
14                                            )
                                              )
15                                            )   DATE:   None Required
                                              )   TIME:   None Required
16                                            )   PLACE:  None Required
                                              )
17                                            )
                                              )
18                                            )
                                              )
19                                            )

20      **TO   THE   HONORABLE   ERNEST   M.   ROBLES,   UNITED   STATES**

21  **BANKRUPTCY JUDGE, AND OTHER INTERESTED PARTIES:**

22      PLEASE TAKE NOTICE that Helen R. Frazer, the duly appointed Chapter 7 Trustee (the

23  "Trustee" or "Applicant"), will file an application to employ accountants (the "Application")

24  with the United States Bankruptcy Court.

25      The applicant requests the employment of MENCHACA & COMPANY LLP, Certified

26  Public Accountants & Business Consultants (the "Company" or "MCO"), effective as of

27  February 5, 2010 to render accounting services to the estate, to prepare necessary federal and

28  state income tax returns, to resolve tax issues that may arise, and to provide other accounting

MENCHACA & COMPANY LLP
835 Wilshire Blvd.
Suite 300
Los Angeles, CA 90017

1   services as may be required by the Trustee for the benefit of the bankruptcy estate of Craig M.

2   Lytle (hereinafter the "Debtor").

3       MCO has not received a retainer nor will it receive a lien or interest in property of the

4   Debtor(s) or third parties with respect to its representation.   Attached is a copy of MCO's

5   personnel rates setting forth the hourly rate for each professional.  No compensation will be paid

6   by Trustee to MCO except upon application to and approval by the Bankruptcy Court after notice

7   and a hearing pursuant to §330 of the Bankruptcy Code.

8       PLEASE TAKE FURTHER NOTICE that pursuant to Loc. Bankr.  R. 2014-1(b)(2), any

9   response and request for hearing on the Application must be in the form required by Local

10  Bankruptcy Rule 9013-1(f)(1), filed with the Clerk of the United States Bankruptcy Court,

11  located at 300 North Los Angeles, Street, Los Angeles, California 90012 ("Clerk's Office"), and

12  served upon the Trustee's proposed accountant, whose address appears in the upper left hand

13  corner of the first page of this  Notice, not later that fifteen (15) days from the date of service of

14  this Notice. The Trustee will set a hearing date and send out notice thereto if any such response is

15  timely received. No hearing will be held if no response and request for hearing is received.

16      You may obtain a copy of the Trustee's Application by making a written request to his

17  proposed accountant whose address and telephone number appears in the upper left hand corner

18  of the first page of this Notice.  You may obtain copies of all pleadings on the Debtors' chapter 7

19  case from the Clerk's office.

20

21  Dated: February  //  , 2010

22

23                                      John J. Menchaca
                                        MENCHACA & COMPANY LLP
24                                      Proposed Accountant for Helen R. Frazer
                                        Chapter 7 Trustee
25

26

27

28

MENCHACA & COMPANY LLP
835 Wilshire Blvd.
Suite 300
Los Angeles, CA 90017

EXHIBIT ___A___ PAGE ___9___        PAGE __(1__

# Exhibit 1

EXHIBIT ____A____ PAGE ___10___

PAGE _12_

# SUMMARY OF STAFF AND BILLING RATES

## FROM SEPTEMBER 28, 2009 THROUGH CURRENT

TYPICAL ITEMS OF EXPENSE

Travel costs, including local parking and mileage – as incurred

Copy costs - .20 cents each – as incurred

Extraordinary mailing costs (over $1.00 per item) – as incurred

Overnight courier service fees – as incurred

Direct telephone charges – as incurred

Direct telex, telefax and similar charges, .10 cents a page plus telephone charges – as incurred

Printing – as incurred

Filing fees – as incurred

PERSONNEL RATES

| Staff | Reference | Position | Rate |
| --- | --- | --- | --- |
| John J. Menchaca | JJM | Managing Partner | 440 |
| Stephen J. Baumgartner | SJB | Senior Manager | 400 |
| Toshihiro A. Okubo | TAO | Manager | 270 |
| Robert P. Coats | RPC | Senior | 200 |
| Faaesea Mailo | FM | Senior | 180 |
| Scott M. McLean | SMM | Staff | 150 |
| Imelda Gaeta | IG | Paraprofessional | 150 |

Note:  Staff time may be billed at less than standard rates depending upon the nature of the work being performed.

EXHIBIT ___I___ PAGE __3__

EXHIBIT ___A___ PAGE __11__

| In re: LYTLE, CRAIG M. | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2:08-bk-19623 ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 835 WILSHIRE BOULEVARD SUITE 300, LOS ANGELES, CA 90017.

The foregoing document described **NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY ACCOUNTANT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 16, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On February 16, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 16, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 16, 2010 | Scott McLean | | |
|---|---|---|---|
| Date | Type Name | Signature | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

| In re: LYTLE, CRAIG M. | | CHAPTER 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 2:08-bk-19623 ER |

## SERVED BY ELECTRONIC MAIL

- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
- Helen R. Frazer    hfrazer@aalrr.com, mbuenaventura@aalrr.com;hfrazer@ecf.epiqsystems.com
- Bonnie M Holcomb    bonnie.holcomb@doj.ca.gov
- Dare Law    dare.law@usdoj.gov
- Patrick K McClellan    pkellymc@pacbell.net
- Kathryn A Meyer    kathryn.a.meyer@irscounsel.treas.gov

## SERVED BY REGULAR MAIL

**Judge Ernest M. Robles -Suite 1560**
US Bankruptcy Court-LA
Roybal Federal Building
255 E. Temple Street
Los Angeles, CA. 90012-33332

Craig M. Lytle
2316 Artesia Blvd., #F
Redondo Beach, CA 90278

Helen R. Frazer
12800 Center Court Drive, Suite 300
Cerritos, CA 90703

Patrick K. McClellan
2600 Michelson Dr. #700
Irvine, CA 92612

US Trustee
725 S. Figueroa St., 26th Floor
Los Angeles, CA. 90017

Dare Law
725 S. Figueroa St. 26th Fl
Los Angeles, CA 90017

Craig M. Lytle Def Ben Pens Plan
2316 Artesia Blvd., #F
Redondo Beach, CA 90278

Franchise Tax Board
PO Box 2952
Sacramento, CA 95812

EDD
800 Capitol Mall
Sacramento, CA 95814

IRS- Special Procedures Sta
24000 Avila Road
Laguna Niguel, CA 92877

Tiel Park
17039 Casmir Ave
Torrance, CA 90501

LA County Tax Collector
Terminal Annex
Los Angeles, CA 90054

Michael Tran
2316 Artesia #F
Redondo Beach, CA 90278

Michael O' Grady
1207 Hauser Blvd
Los Angeles, CA 90019

Park Water Company
9750 Washburn Road
Downey, CA 90241

State Compensation Insurance
PO Box 9102
Pleasanton, CA 94566-9102

Nazarian Investment
PO Box 4081
Torrance, CA 90510

Soon Ja Park
17039 Casmir Ave
Torrance, CA 90501

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

5

**F 9013-3.1**

EXHIBIT   A   PAGE  13

PAGE  15

| In re: LYTLE, CRAIG M. | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2:08-bk-19623 ER |

Signal Attorney Service
PO Box 91985
Long Beach, CA 90909

Walter Steinman
PO Box 615
Newcastle, CA 92702

Verizon
PO Box 96400
Mission Hills, CA 91346

Anita Lytle
1006 Slauson Lane
Redondo Beach, CA 90278

Carl Smith Ball LLP
PO Box 656
Nonolulu, HA 96809

John Jordan
PO Box 3807
Glendale, CA 91221

San Fernando Valley Bar Assn
21250 Califa Street #113
Woodland Hills, CA 91307

**Special Request**
LA County Treasurer and Tax
Collector Revenue Enforcement
PO Box 54110
Los Angeles, CA. 90054-0110

Ultra Imaging Solutions
4018 W. Chandler Ave., #A
Santa Ana, CA 92704

DMV Renewal
PO Box 942894
Sacramento, CA 94294

Farmers Insurance Exchange
PO Box 25022
Santa Ana, CA 92799

Mikes Auto
1086 Aviation
HermosaBeach, CA 90254

Geoffrey G. Melkonian
Papazian & Melkonian
15260 Ventura Blvd., Ste. 1740
Sherman Oaks, CA 91403

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

EXHIBIT ___A___ PAGE __14__          PAGE __16__

**EXHIBIT "B"**

# MENCHACA & COMPANY LLP
# FIRM PROFILE

Menchaca & Company LLP is a firm of certified public accountants servicing clients throughout the Los Angeles metropolitan areas as well as other locations within California and the United States. Commercial experience includes primarily mid-sized companies with sales volume in the $5 million to $100 million range as well as partnerships, joint ventures and other business oriented operations. In addition to accounting and tax preparation services, the firm provides services in all areas of business and financial consulting and tax planning.

Menchaca & Company LLP has a large segment of its practice concentrated in specialized areas of receiverships, investigative accounting, bankruptcy and litigation support. Menchaca & Company LLP has been appointed as professional accountants for Trustees and receivers and to assist in reorganizations, liquidations, tax research, planning, consultation and preparation, investigation accounting and other bankruptcy matters for numerous cases. John J. Menchaca, Managing Partner of the firm, serves as a Panel Trustee on the Central District of California Interim Panel of U.S. Bankruptcy Trustees.



EXHIBIT __B__ PAGE __15__

# MENCHACA & COMPANY LLP PERSONNEL

*JOHN J. MENCHACA-CPA, MS TAXATION, CIRA* (MANAGING PARTNER / CHAPTER 7 TRUSTEE / CHAPTER 11 TRUSTEE) Mr. Menchaca has over 25 years of experience in public accounting. He has significant tax consulting and tax compliance experience in corporate, partnership, Limited Liability Company, Limited Liability Partnership and individual taxation, at both the federal and state levels. Mr. Menchaca's corporate tax experience includes closely held corporations, publicly traded multi-state corporate consolidations and S corporations. His experience also includes tax structuring of complex business transactions, form of ownership determinations, corporate and partnership reorganizations and restructurings, dischargeability of taxes in bankruptcy and dealing with tax issues related to Chapter 7 and Chapter 11 bankruptcy filings. He has also been successfully involved with Internal Revenue and Franchise Tax Board protest and audit defense. Mr. Menchaca is also a Chapter 7 Panel Trustee for the Central District of California.

Prior to forming his own firm, Mr. Menchaca was a Principal with Vasquez & Company LLP for six years. Mr. Menchaca was also with the international accounting firm of Ernst & Young LLP for 14 years. While with Ernst & Young LLP, Mr. Menchaca provided financial, accounting and tax services to middle market privately held and publicly traded companies with revenues of up to $250 million.

Mr. Menchaca serves on the USC / Kenneth Leventhal School of Accounting Board of Advisors. He is a member of the National Association of Bankruptcy Trustees, American Bankruptcy Institute, Los Angeles Bankruptcy Forum, Association of Insolvency and Restructuring Advisors, American Institute of Certified Public Accountants and the California Society of Certified Public Accountants.

Mr. Menchaca graduated with a Bachelors of Science in Business Administration with an emphasis in Accounting from the University of Southern California and received a Masters of Science in Taxation from Golden Gate University.

*STEPHEN J. BAUMGARTNER* – (SENIOR MANAGER)  Mr. Baumgartner is a specialist in financial matters  and quantitative analysis, with extensive experience in feasibility analysis, debt restructuring, cash flow planning, strategic planning and analysis, work-out plans, strategic business plans, financial modeling, project management, forensic accounting, preference analysis, and reorganization plan preparation.  He has more than twenty years of business experience in areas of finance, accounting, information systems, manufacturing, real estate, and management at firms including Xerox and Rand.

He is a member of the full-time faculty at Pepperdine University, where he teaches Strategic Management in the George L. Graziadio School of Business and Management, he is licensed as a California Real Estate Broker (since 1976), he is an Appraisal Institute MAI Candidate, he is a member of the Los Angeles Bankruptcy Forum, and he has more than thirty practitioner and academic publications in the areas of strategic management, investments, finance, information technology, real estate, and bankruptcy.

His education includes a Ph.D program (all but dissertation completed) in Executive Management at the Claremont Graduate University, a M.Sc. (Economics) in Operations Research from the London School of Economics, an MBA in Management Science from the State University of New York at Buffalo, and a BS in Mathematics and Physics from St. Lawrence University.

A recent bankruptcy publication of his is: Stephen J. Baumgartner & Dennis M. Murphy, "Using a Web Site to Administer a Chapter 7 Case", Journal of the National Association of Bankruptcy Trustees, Vol. 15, No. 4, January 2000.

*TOSHIHIRO A. OKUBO – CPA* – (MANAGER) Mr. Okubo graduated from California State University, Los Angeles with a Bachelor of Science in Business Administration in September, 1992 and graduated from University of Southern California with a Master of Business Taxation in May, 1998. Mr. Okubo has financial and tax consulting experience with both local and big four accounting firms.

*ROBERT P. COATS* – (SENIOR ACCOUNTANT) Mr. Coats hold a Bachelor of Science Degree in Accounting from California State University, Los Angeles. Mr. Coats has 18 years of tax preparation experience for individuals and corporations and over ten years experience preparing Chapter 7 and Chapter 11 bankruptcy estate tax returns. He is familiar with all areas of bankruptcy tax and accounting issues. Mr. Coats has tax experience with both local and big four accounting firms.

*FAAESEA MAILO* – (SENIOR ACCOUNTANT) Mr. Mailo holds a Bachelor Degree from the University of Sothern California. Mr. Mailo has over 4 years of experience working in Public Accounting. Mr. Mailo has experience in providing a full range of accounting services, including all aspects of Taxation.

*SCOTT M. MCLEAN* – (STAFF ACCOUNTANT) Mr. McLean graduated from California State Polytechnic University, Pomona with a Bachelor of Science in Accounting/Business Administration with an emphasis in Taxation in 2007. Mr. McLean has experience in providing a full range of accounting services, including all aspects of Taxation.

*IMELDA GAETA* – (PARAPROFESSIONAL) Ms. Gaeta has worked as a Bankruptcy Trustee Administrator since 1997. Ms Gaeta has completed course work at Pasadena Community College and is the Secretary of the Trustee Administrators' Group (TAG).

# SUMMARY OF STAFF AND BILLING RATES

## FROM  SEPTEMBER 28, 2009 THROUGH CURRENT

TYPICAL ITEMS OF EXPENSE

Travel costs, including local parking and mileage – as incurred

Copy costs - .20 cents each – as incurred

Extraordinary mailing costs (over $1.00 per item) – as incurred

Overnight courier service fees – as incurred

Direct telephone charges – as incurred

Direct telex, telefax and similar charges, .10 cents a page plus telephone charges – as incurred

Printing – as incurred

Filing fees – as incurred

PERSONNEL RATES

| Staff | Reference | Position | Rate |
|---|---|---|---|
| John J. Menchaca | JJM | Managing Partner | 440 |
| Stephen J.  Baumgartner | SJB | Senior Manager | 400 |
| Toshihiro A. Okubo | TAO | Manager | 270 |
| Robert P. Coats | RPC | Senior | 200 |
| Faaesea Mailo | FM | Senior | 180 |
| Scott M. McLean | SMM | Staff | 150 |
| Imelda Gaeta | IG | Paraprofessional | 150 |

Note:   Staff time may be billed at less than standard rates depending upon the nature of the work being performed.

EXHIBIT ____B____ PAGE ___19___

| In re: LYTLE, CRAIG M. | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2:08-bk-19623 ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
835 WILSHIRE BOULEVARD SUITE 300, LOS ANGELES, CA 90017.

The foregoing document described **TRUSTEE'S APPLICATION TO EMPLOY ACCOUNTANT; DECLARATION OF JOHN J. MENCHACA** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 16, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On February 16, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒  Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 16, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 16, 2010 | Scott McLean | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re: LYTLE, CRAIG M. | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2:08-bk-19623 ER |

## SERVED BY ELECTRONIC MAIL

- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Helen R. Frazer    hfrazer@aalrr.com, mbuenaventura@aalrr.com;hfrazer@ecf.epiqsystems.com
- Bonnie M Holcomb    bonnie.holcomb@doj.ca.gov
- Dare Law    dare.law@usdoj.gov
- Patrick K McClellan    pkellymc@pacbell.net
- Kathryn A Meyer    kathryn.a.meyer@irscounsel.treas.gov


## SERVED BY REGULAR MAIL

**Judge Ernest M. Robles -Suite 1560**
US Bankruptcy Court-LA
Roybal Federal Building
255 E. Temple Street
Los Angeles, CA. 90012-33332

Craig M. Lytle
2316 Artesia Blvd., #F
Redondo Beach, CA 90278

Patrick K. McClellan
2211 Michelson Dr. Ste. 700
Irvine, CA 92612

Geoffrey G. Melkonian
Papazian & Melkonian
15260 Ventura Blvd., Ste. 1740
Sherman Oaks, CA 91403

**Special Request**
LA County Treasurer and Tax
Collector Revenue Enforcement
PO Box 54110
Los Angeles, CA. 90054-0110

State Compensation Insurance
PO Box 9102
Pleasanton, CA 94566-9102

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    21    **F 9013-3.1**

PAGE 24

| In re: LYTLE, CRAIG M. | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2:08-bk-19623 ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
835 WILSHIRE BOULEVARD SUITE 300, LOS ANGELES, CA 90017.

The foregoing document described  **DECLARATION RE: ENTRY OF ORDER WITHOUT HEARING PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1(o): TRUSTEE'S APPLICATION TO EMPLOY ACCOUNTANT; DECLARATION OF JOHN J. MENCHACA**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 8, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On March 8, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 8, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 8, 2010 | Scott McLean | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                    **F 9013-3.1**

| In re: LYTLE, CRAIG M. | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2:08-bk-19623 ER |

## SERVED BY ELECTRONIC MAIL

- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Helen R. Frazer    hfrazer@aalrr.com, mbuenaventura@aalrr.com;hfrazer@ecf.epiqsystems.com
- Bonnie M Holcomb    bonnie.holcomb@doj.ca.gov
- Dare Law    dare.law@usdoj.gov
- Patrick K McClellan    pkellymc@pacbell.net
- Geoffrey G Melkonian    melkonian@pmlawfirm.net
- Kathryn A Meyer    kathryn.a.meyer@irscounsel.treas.gov

## SERVED BY REGULAR MAIL

**Judge Ernest M. Robles -Suite 1560**
US Bankruptcy Court-LA
Roybal Federal Building
255 E. Temple Street
Los Angeles, CA. 90012-33332

Craig M. Lytle
2316 Artesia Blvd., #F
Redondo Beach, CA 90278

Patrick K. McClellan
2211 Michelson Dr. Ste. 700
Irvine, CA 92612

State Compensation Insurance
PO Box 9102
Pleasanton, CA 94566-9102

**Special Request**
LA County Treasurer and Tax
Collector Revenue Enforcement
PO Box 54110
Los Angeles, CA. 90054-0110

State Compensation Insurance
PO Box 9102
Pleasanton, CA 94566-9102

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**